IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HARTFORD LIFE AND ACCIDENT                                    PLAINTIFF
INSURANCE COMPANY

VERSUS                          CIVIL ACTION NO.: 1:10-cv-22-HSO-JCG

BRENDA HOLDER, *et al.*                                       DEFENDANTS

## ORDER OF RECUSAL

The above-captioned cause comes before the Court *sua sponte* pursuant to 28 U.S.C. § 455.  The undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which would require that he be disqualified from further participation in this case.

IT IS THEREFORE ORDERED that the undersigned recuses himself from further participation in this case. The Clerk of the Court is directed to reassign this case to another judge in accordance with this Court's practice and procedure.

SO ORDERED AND ADJUDGED this the 10th day of September, 2015.

*s/* *John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE