IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                                **PLAINTIFF**

v.                                                              CIVIL NO. 1:10-cv-00022-HSO-RHW

**BRENDA J. HOLDER and D.L.P., A MINOR**                     **DEFENDANTS**

FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with the Agreed Order [184] entered on December 13, 2016,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this the 30th day of December, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE